UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOANNE R. SCHEAFNOCKER,

          Plaintiff,

                                   CIV. S-05-2002 DFL PAN PS

          v.

COMMISSIONER OF INTERNAL REVENUE
SERVICE,                               ORDER

          Defendant.

-o0o-

       On April 26, 2006, plaintiff filed a "Request for Immediate Court Order for Compliance to Subpoena for Records."  The request seeks an order of the court compelling the compliance of National City Bank with a January 31, 2006, letter request from plaintiff for records, or, alternatively, this court's "institution of contempt penalties."

       Plaintiff's letter to National City Bank is not a subpoena and the court has no authority to enforce plaintiff's demands.  Plaintiff is directed to Fed. R. Civ. P. 45 and E. D. Cal. L. R. 45-250 for guidance in issuing and serving a subpoena.

/////

1          Accordingly, plaintiff's April 26, 2006 request is DENIED.

2     DATED: May 2, 2006.

3

4

5                                                UNITED STATES MAGISTRATE JUDGE

6

7     006:sche2002.ord2

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26